## HUGAS CORPORATION
### v.
### John R. VEADER et al.
### No. 81-2-M.P.

Supreme Court of Rhode Island.

March 12, 1981.

Letts, Quinn & Licht, Daniel J. Murray, Joseph DeAngelis, Providence, for petitioner.

Hinckley, Allen, Salisbury & Parsons, Gregory L. Benik, Providence, for respondents.

## ORDER

The petition for writ of certiorari is granted.

MURRAY and SHEA, JJ., did not participate.

### In re Thomas JOSEPH.
### No. 81-57-M.P.

Supreme Court of Rhode Island.

March 12, 1981.

Robert R. Nocera, Diocesan Bureau of Social Services, Pawtucket, for petitioner.

Mitchell S. Riffkin, Providence, for respondents.

## ORDER

The petition for writ of certiorari is denied.

WEISBERGER and MURRAY, JJ., did not participate.